THE LIBERTY SAVINGS ASSOCIATION, *Appellant*, v. THE COMMERCIAL SAVINGS BANK.

Partition : COSTS : The proceeds of the sale of one tract of land, sold for the purposes of partition, cannot be applied in payment of fees or costs accrued in proceedings for partition of another tract of land.

*Appeal from Clay Circuit Court.*—HON. G. W. DUNN, Judge.

REVERSED.

*D. C. Allen* for appellant.

*Samuel Hardwicke* for respondent.

SHERWOOD, J.—The proceeds of the sale of one tract of land, sold for the purposes of partition, cannot be applied in payment of fees or costs accrued in proceedings for partition of another tract of land. This is a summary of the law and facts of this case, and judgment is reversed.